1  Steve W. Berman (*pro hac vice*)
   Hagens Berman Sobol Shapiro LLP
2  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  Email: steve@hbsslaw.com

5  Ben M. Harrington (313877)
   Benjamin J. Siegel (256260)
6  Hagens Berman Sobol Shapiro LLP
   715 Hearst Avenue, Suite 202
7  Berkeley, CA 94710
   Telephone: (510) 725-3000
8  Facsimile: (510) 725-3001
   Email: benh@hbsslaw.com
9  Email: bens@hbsslaw.com

10 *Attorneys for Plaintiffs and
   the Proposed Class*

11
12                            UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14                                  OAKLAND DIVISION

15  ALVIN GREENBERG, MICHAEL STEINBERG,       Case No. 4:20-cv-02782-JSW
    and JULIE HANSON, on behalf of themselves and
16  all others similarly situated,            **PLAINTIFFS' NOTICE OF VOLUNTARY
                                              DISMISSAL WITHOUT PREJUDICE**
17                        Plaintiffs,

18        v.

19  AMAZON.COM, INC., a Delaware corporation,

20                        Defendant.

21

22

23

24

25

26

27

28

010923-11/1569196 V1

1      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Alvin Greenberg, Michael Steinberg, and Julie Hanson ("Plaintiffs"), by and through undersigned counsel, voluntarily dismiss this matter, without prejudice, against Defendant Amazon.com, Inc. ("Amazon"). By agreement of the parties, Plaintiffs will refile this action in the United States District Court for the Western District of Washington, where Amazon will not seek to compel or otherwise require arbitration of the claims asserted.

Dated: July 2, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Ben Harrington (313877)
Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
Email: bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*